An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG A. BINGAMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62196

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion for sentence modification.[1]  Eighth Judicial District Court, Clark County; David B. Barker, Judge.

In his motion filed on October 18, 2012, appellant claimed that the district court improperly sentenced him to an equal and consecutive term for the deadly weapon enhancement and appellant also asserted that if released from prison he would reside with his mother and be employed. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21577

(1996). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. David B. Barker, District Judge
       Craig A. Bingaman
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk